James D. Pacitti, Esq. (SBN 248696)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
jpacitti@consumerlawcenter.com
Attorneys for Plaintiff,
GRANT WILLIAMS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GRANT WILLIAMS,            ) | Case No.: 3:10-cv-01726-SC |
|                            ) | |
|            Plaintiff,      ) | **VOLUNTARY DISMISSAL** |
|                            ) | |
|       v.                   ) | |
|                            ) | |
| PORTFOLIO RECOVERY ASSOCIATES, ) | |
|                            ) | |
| LLC,                       ) | |
|                            ) | |
|            Defendant.      ) | |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, GRANT WILLIAMS, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

Dated: July 29, 2010                                KROHN & MOSS, LTD.

[SEAL: UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA – IT IS SO ORDERED – /s/ Samuel Conti – Judge Samuel Conti]

                                                    By:/s/ James D. Pacitti .
                                                         James D. Pacitti
                                                         Attorneys for Plaintiff
                                                         GRANT WILLIAMS

- 1 -

VOLUNTARY DISMISSAL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| GRANT WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | **3:10-cv-01726-SC** |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing PORTFOLIO RECOVERY ASSOCIATES, LLC was sent via THE COURT'S ELECTRONIC FILING SYSTEM:


Dated:  July 29, 2010

/s/ James D. Pacitti, Esq.
KROHN & MOSS, LTD.
10474 Santa Monica Blvd. Ste. 401
Los Angeles, CA 90025
jpacitti@consumerlawcenter.com
(323) 988-2400
Attorney for Plaintiff,
GRANT WILLIAMS